UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Eastern              DIVISION

Bank of America, N.A.

vs.

Cynthia Hang Dang, DDS, PLLC, et al

Civil/Criminal Action No. 1:13-cv-289-AJT-JFA

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Bank of America, N.A. in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following: Bank of America, N.A. is 100% owned by BANA Holding Corporation, which is 100% owned by BAC North America Holding Company, which is 100% owned by NB Holdings Corporation, which is 100% owned by Bank of America Corporation (BAC). BAC is publicly traded on the NYSE.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

April 17, 2013
Date

Signature of Attorney or Litigant
Counsel for  Bank of America, N.A.

Rev. 7/14/04